# OCTOBER TERM, 1863, AT DETROIT.

### Joseph Gard v. James E. Stevens.

*Settlement of case, made.*—A case made after judgment for review by this Court, must show on its face that it is settled and signed by the Circuit Judge for that purpose.

*Heard and decided, October 24th.*

Motion to dismiss for want of jurisdiction.

The county clerk of Berrien transmitted to this Court a paper, with his certificate attached, that it was "a full, true and complete copy of the case made and signed by N. Bacon, Circuit Judge, as the same appears to me from the files in my office." The paper was entitled in this cause, and was a narrative of the proceedings therein, to and including the rendition of judgment. It was signed by the Circuit Judge, but it was no where stated in the paper itself to be a case made, nor was there any recital therein that the parties had appeared before the Judge for the purpose of settling a case, or that he had settled the same.

*C. I. Walker*, for the motion, argued that there was nothing in this paper to indicate that it was designed as a case for review in this Court. It might have been prepared for any other purpose; and this Court could not presume that it had been deliberately settled by the Judge, on a hearing of the parties, where nothing appeared in the paper to show that fact.

12 MICH.—B.

*G. V. N. Lothrop*, contra.

THE COURT held the case to be defective, because not showing that it was settled and signed by the Circuit Judge for review by this Court; but allowed it to be remitted to the Court below for correction.